UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20171-CR-KING

UNITED STATES OF AMERICA

    Plaintiff,

v.

TERRI L. DECUBAS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon an inquiry for clarification of the conditions of release submitted by Pretrial Services regarding the above defendant.  The bond filed in this case (DE #22)  inadvertently includes that the defendant shall refrain from possessing a firearm and inadvertently deletes the restriction that the defendant shall avoid all contact with victims of or witnesses to the crime.   After a review of the file in this matter, it is hereby

ORDERED and ADJUDGED that the bond papers submitted by the defendant, DECUBAS, are hereby amended and revised to include that the defendant shall "avoid all contact with victims of or witnesses to the crimes charged, except through counsel" and the  restriction regarding the possession of firearms is hereby deleted.

DONE and ORDERED in Chambers at Miami, Florida, this 30th  day of March, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE