UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20171-CR-KING

UNITED STATES,

v.

FEDERICO M. FERMIN, and
TERRI L. DECUBAS

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Ted E. Bandstra's November 30, 2010 Report and Recommendation (DE #131) on the Government's Motion for Hearing Regarding Admissibility of Records (DE #114). Pursuant to this Court's referral, Magistrate Judge Bandstra requested the parties to file written responses stating the parties' positions as to the admissibility of each exhibit referenced in the Government's Motion. The Defendants filed no objections to the exhibits referenced by the Government, and Magistrate Bandstra therefore found that the Government's Motion (DE #114) should be granted.

After a careful review of the Government's motion and the sequence of events leading to Magistrate Judge Bandstra's determination regarding the admissibility of the exhibits at issue, the Court concludes that Magistrate Judge Bandstra's Report and Recommendation is a thorough and accurate reflection of both the record and the law at issue. Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that:

    1. Magistrate Judge Bandstra's Report and Recommendation (DE #131) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. The Government's Motion for Admissibility of Records (DE #114) is hereby

**GRANTED**.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 20th day of December, 2010.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**Cc:**

**Magistrate Ted E. Bandstra**

**Counsel for United States**
**Arimentha R. Walkins**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9091
Fax: 305-536-7599
Email: arimentha.walkins@usdoj.gov

**Marc Osborne**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9198
Fax: 305-530-6168
Email: marc.osborne@usdoj.gov

**Counsel for Defendant Fermin**
**Rene Alberto Sotorrio**
Rene A. Sotorrio PA
2937 SW 27th Avenue
Suite 202
Coconut Grove, FL 33133
305-446-5855
Fax: 441-8696
Email: rene@sotorriolaw.com

**Teresa Williams**
Teresa Williams PA
633 S. Andrews Avenue
Suite 101
Fort Lauderdale, FL 33301
954-761-9131
Fax: 954-761-9149

**Counsel for Defendant Decubas**
**George Michael Evans**
George M. Evans PA
1500 Ponce de Leon Boulevard
2nd Floor
Coral Gables, FL 33134
305-447-8170
Fax: 446-2308
Email: gevans53@yahoo.com

**Michael Harvey Blacker**
Michael Blacker PA
PO Box 162850
Miami, FL 33116
305-285-0900
Fax: 305-373-8550
Email: mblackerpa@bellsouth.net